**Erica D. TAYLOR, Plaintiff—Appellant,**

**v.**

**NATIONAL GEOSPATIAL–INTELLIGENCE AGENCY, Defendant—Appellee.**

**Erica D. Taylor, Plaintiff—Appellant,**

**v.**

**Dr. M. Roennenburg, Mercy Hospital (GYN), Defendant—Appellee.**

**Nos. 12–1315, 12–1383.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 25, 2012.

Erica D. Taylor, Appellant Pro Se.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erica D. Taylor appeals the district court's order dismissing as frivolous her civil suits. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taylor v. Nat'l Geospatial–Intelligence Agency,* No. 1:12–cv–00457–RDB (D.Md., Feb. 21, 2012); *Taylor v. Roennenburg,* No. 1:12–cv–00469–RDB (D.Md. Feb. 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*